

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00826-CR

Richard **BRITTAIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 589944
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 30, 2021.

_____
Lori I. Valenzuela, Justice